IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SUSAN LANGHAM, individually and on behalf of those similarly situated, *Plaintiff*, | § § § § § § § § § § | CASE NO. 6:22-CV-00057 |
| v. | | |
| TEXAS HEALTH & HUMAN SERVICES COMMISSION, *Defendant*. | | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, the Texas Health and Human Services Commission ("**HHSC**"), files this Notice of Removal, pursuant to 28 U.S.C. §§ 1441 and 1446, to remove this action filed in the 294th Judicial District Court of Van Zandt County, Texas, to the United States District Court for the Eastern District of Texas, Tyler Division. In support of this removal, HHSC respectfully shows that:

1. **Removal Provision:** This removal is based on claims arising under federal law, pursuant to 28 U.S.C. § 1441(a). Plaintiff, Susan Langham, asserts federal claims under the Equal Pay Act. *See* Ex. A (Pl.'s Orig. Pet.) ¶¶ 31-36; *see also* 29 U.S.C. § 206(d). Plaintiff also asserts state-law claims of sex discrimination under the Texas Commission on Human Rights Act ("TCHRA"). *See* Ex. A ¶¶ 37-40; *see also* TEX. LAB. CODE § 21.051. The entire action may be removed because Plaintiff's state-law claims are within the supplemental jurisdiction of the district court. *See* 28 U.S.C. § 1441(c)(1); 28 U.S.C. § 1367(a).

2. **State Action:** This action was initially filed in the 294th Judicial District Court of Van Zandt County, Texas, on January 6, 2022, in Cause No. 22-00004. Plaintiff is Susan Langham. Defendant is Texas Health and Human Services Commission. HHSC has been served with this lawsuit. *See* Ex. B. HHSC filed its Answer to Plaintiff's Original Petition in state court on January 31, 2022. *See* Ex. C.

3. **Nature of the Lawsuit:** Plaintiff, a nurse surveyor at HHSC, alleges that HHSC has discriminated against her by paying her and other similarly situated women less than male nurse surveyors. Plaintiff seeks injunctive, equitable, and monetary relief, along with attorney fees and pre- and post-judgment interest. *See* Ex. A.

4. **Jury Demand:** Plaintiff requested a trial by jury in her Original Petition.

5. **Removal Requirements of 28 U.S.C. § 1441:** This action is a civil action raising a federal question of which this Court has original jurisdiction under 28 U.S.C. § 1331. HHSC is entitled to remove this case to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), (c)(1). Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed state court action has been pending. Specifically, the 294th Judicial District Court of Van Zandt County, Texas, is geographically located within the Tyler Division of the United District Court for the Eastern District of Texas.

6. **Compliance with Deadline:** Defendant HHSC was served with the Original Petition on January 11, 2022. *See* Ex. B. HHSC files this notice of removal within the 30-day time required by 28 U.S.C. § 1446(b). *See Bd. of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007). Therefore, this removal is timely.

7.  **State Court Pleadings and Additional Materials:** HHSC is filing concurrently with this notice, as required by Local Rule CV-81(c)(2) and 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, answers, and orders in the state court action. HHSC is also filing all other materials required by Local Rule CV-81(c). Together, those documents include the following:

- **Exhibit A:** Plaintiff's Original Petition, filed January 6, 2022;
- **Exhibit B:** Civil Citation Issued to HHSC, served on January 11, 2022;
- **Exhibit C:** Defendant's Answer to Plaintiff's Original Petition, filed January 31, 2022;
- **Exhibit D:** Civil cover sheet and certified copy of the state court docket sheet (per Local Rule CV-81(2)); and
- **Exhibit E:** List of attorneys involved in the case (per Local Rule CV-81(3)).

Additionally, HHSC will promptly file a notice of this removal with the clerk of the state court where the suit has been pending, pursuant to 28 U.S.C. § 1446(d).

8.  **Amendment to Cure Defects:** In the event this Court subsequently identifies a defect in this Notice of Removal, HHSC respectfully requests this Court to grant HHSC leave to amend this Notice to cure the defect. *See, e.g.*, *Lafayette City-Parish Consol. Gov't v. Chain Elec. Co.*, No. 11-1247, 2011 WL 4499589, at *7 (W.D. La. Sept. 23, 2011) (explaining that "defendants may freely amend the notice of removal required by section 1446(b)").

## CONCLUSION

Defendant Texas Health and Human Services Commission represents that it has properly complied with the requirements of the applicable removal statutes and Local Rules, and this case

thus stands removed from the 294th Judicial District Court of Van Zandt County, Texas, to the United States District Court for the Eastern District of Texas, Tyler Division.

        Respectfully submitted.

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        SHAWN E. COWLES
        Deputy Attorney General for Civil Litigation

        THOMAS A. ALBRIGHT
        Chief, General Litigation Division

        */s/ Landon A. Wade*
        LANDON A. WADE
        Assistant Attorney General
        Texas Bar No. 24098560
        General Litigation Division
        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120 | FAX: (512) 320-0667
        landon.wade@oag.texas.gov
        **COUNSEL FOR THE TEXAS HEALTH & HUMAN SERVICES COMMISSION**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record on this 10th day of February, 2022, in accordance with Tex. R. Civ. P. 21a, electronically through the electronic filing manager and via Certified Mail, Return Receipt Requested:

Colin Walsh  
Wiley Walsh, P.C.  
1011 San Jacinto Blvd., Ste 401  
Austin, TX 78701  
colin@wileywalsh.com

Paige E. Melendez  
Rob Wiley, P.C.  
2613 Thomas Ave.  
Dallas, TX 75204  
pmelendez@robwiley.com  
**Certified Mail, Article No. 7020 1290 0000 7441 7224**

**ATTORNEYS FOR PLAINTIFF**

                                                  */s/ Landon A. Wade*  
                                                LANDON A. WADE